1 Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
2 12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
3 Tel.: (562)868-5886
Fax: (562)868-8868
4 E-mail: rohlfing.office@rohlfinglaw.com

5 Attorneys for Plaintiff
Samuel Gaines

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL GAINES, | Case No.: CV 11-1168 MRW |
| Plaintiff, | {PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

-1-

1     IT IS ORDERED that fees and expenses in the amount of $1,372.00 as
2 authorized by 28 U.S.C. § 2412 plus costs in the amount of $60.00 as authorized
3 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

4

5 DATE:  October 3, 2011
                                                  /s/ Judge Wilner
6                               _____
7                               THE HONORABLE MICHAEL R. WILNER
                              UNITED STATES MAGISTRATE JUDGE
8

9 Respectfully submitted,
10 LAW OFFICES OF Lawrence D. Rohlfing
11     /s/ *Lawrence D. Rohlfing*
   _____
12 Lawrence D. Rohlfing
   Attorney for plaintiff Samuel Gaines
13

-2-